**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICENTE OVEIDO NAVARRETE**<br>***Petitioner,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,**<br>***Respondents.*** | : | **No. 26-cv-5901** |

**ORDER**

**AND NOW**, this **13th** day of **October 2026**, upon review of the Parties' Joint Status Letter dated September 3, 2026 (ECF No. 7), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED**.
2. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**